IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY WICKE, COLE KNUDSON,
and SHAWN SIMMONS,

                    Plaintiffs,                    ORDER

v.

                                                    12-cv-638-wmc

L&C INSULATION, INC.,

                    Defendant.

---

The court is in receipt of plaintiffs' motion for court approval and implementation of settlement agreement. (Dkt. #278.) The court finds that the settlement agreement represents a fair and reasonably resolution of a bona fide dispute over FLSA provisions, and that the relatively minor concession of enhanced damages as to some of plaintiffs' claims represents a compromise of disputed issues rather than a waiver of statutory rights. *See generally Lynn's Food Stores, Inc. v. United States By & Through U.S. Dep't of Labor, Emp't Standards Admin., Wage & Hour Div.*, 679 F.2d 1350, 1354 (11th Cir. 1982). Accordingly,

    IT IS ORDERED that:

1) Plaintiffs' motion for court approval and implementation of settlement agreement (dkt. #278) is GRANTED;

2) this case is dismissed without prejudice, subject to reopening if there is not compliance with the provisions of the parties' approved agreement concerning payment of the amounts set forth in the agreement; and

3) the court trial set to begin Monday, September 15, 2014, is STRUCK.

12-CV-638-WMC

Entered this 12th day of September, 2014.

                          BY THE COURT:

                          _____
                          WILLIAM M. CONLEY
                          District Judge