IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JEREMY WICKE, et al. | Case No. 3:12-cv-638-wmc |
| Plaintiffs, | **AGREED FINAL ORDER OF DISMISSAL** |
| v. | |
| L & C INSULATION, INC. | |
| Defendant. | |

Based upon an agreement of the parties which has been reviewed and approved by the Court, this case is hereby dismissed in its entirety, with prejudice, as to all claims which were made or could have been made in this action.

SO ORDERED.

_____
JUDGE WILLIAM M. CONLEY

Agreed:

_____
Marianne Goldstein Robbins (WI Bar No. 1015168)
Frederick Perillo (WI Bar No. 1002870)
Yingtao Ho (WI Bar No. 1045418)
THE PREVIANT LAW FIRM, S.C.
1555 N. RiverCenter Drive, #202
Milwaukee, WI 53212
Ph: (414) 271-4500
Fax: (414) 271-6308
Email: mgr@previant.com; fp@previant.com; yh@previant.com
Attorneys for Plaintiffs

Stephen A. Watring (OH Bar No. 0007761)
DUNLEVEY, MAHAN & FURRY
110 North Main Street, Suite 1000
Dayton, Ohio 45402
Ph: (937) 223-6003
Fax: (937) 223-8550
Email: saw@dmfdayton.com
Attorney for Defendant